Paula J. PENDER (Now Rubio), Respondent,

v.

Sharlie PENDER, Appellant.

No. WD 35033.

Missouri Court of Appeals, Western District.

July 24, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 2, 1984.

Application to Transfer Denied Nov. 20, 1984.

Sharlie Pender, pro se.

Arthur A. Benson, II, Kansas City, for respondent.

Before KENNEDY, P.J., and NUGENT and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal by father from a judgment of the Circuit Court of Jackson County, denying father's motion for his attorney fees in proceedings relating to visitation and custody of child. See 634 S.W.2d 244 and 598 S.W.2d 554.

Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Michael MITCHELL, Appellant.

No. WD 35319.

Missouri Court of Appeals, Western District.

July 24, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 2, 1984.

James W. Fletcher, Public Defender, Kansas City, Lee M. Nation, Sp. Asst. Public Defender, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Dan Crawford, Asst. Atty. Gen., for respondent.

Before KENNEDY, P.J., and NUGENT and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from judgment of the Circuit Court of Jackson County, of conviction of second degree assault, § 565.060, R.S.Mo. 1978.

Affirmed. Rule 30.25(b).